FILED
Jun 14, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ARTURO MADRID,<br>ANDREW MADRID, and<br>ANDREW RODRIGUEZ,<br><br>　　　　　　　　　Defendants. | CASE NO. 1:23-CR-00102-ADA-BAM<br><br>ORDER TO UNSEAL REDACTED INDICTMENT |

　　　Pursuant to the motion by the United States, IT IS HEREBY ORDERED that a redacted version of the Indictment filed on May 25, 2023, and docket as to defendants Arturo Madrid, Andrew Madrid, and Andrew Rodriguez, be unsealed and become public record, and that the unredacted Indictment remain under seal.

DATED: 6/14/23　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HON. BARBARA A. MCAULIFFE
　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE