HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ARTURO MADRID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00102-ADA-BAM-3 |
|---|---|
| Plaintiff, | MOTION TO WITHDRAW AS COUNSEL OF RECORD AND FOR APPOINTMENT OF NEW COUNSEL; ORDER |
| vs. | |
| ARTURO MADRID, | |
| Defendant. | |

Assistant Federal Defender Reed Grantham, counsel for defendant Arturo Madrid in the above-captioned case, hereby moves this Court for an order allowing him to withdraw as counsel of record and for appointment of new counsel to represent Defendant Arturo Madrid. This motion is based on the following facts:

1. On June 30, 2023, the Court appointed the Office of the Federal Defender to represent Defendant Arturo Madrid. *See* Dkt. #55.

2. On August 1, 2023, the Federal Defender's Office became aware of a conflict involving this case.

3. Thereafter, the Federal Defender's Office contacted the Assistant United States Attorney in this matter, who confirmed the Federal Defender's Offices' suspicion that the Federal Defender's Office would have a conflict in the continued representation of Defendant Madrid.

4. The Panel Administrator in the Federal Defender's Office is prepared to panel Mr. Madrid's case based upon this declaration of conflict, awaiting an order by this Court relieving the Federal Defender's Office.

For the above reason, present counsel requests that this Court relieve the Federal Defender's Office of its duties as counsel of record and that the Court appoint CJA counsel to represent Defendant Arturo Madrid in this matter. The case is presently scheduled for status conference on August 9, 2023.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 1, 2023        */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
ARTURO MADRID

# **O R D E R**

The Court finds that Local Rule 182(d) is satisfied by the motion and attorney representation of a conflict of interest at this early stage of the proceedings, and therefore GRANTS the motion to withdraw.  The Court appoints CJA counsel to represent defendant.  The status conference set for August 9, 2023 remains on calendar.

IT IS SO ORDERED.

Dated:   **August 3, 2023**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE